**In the matter of the estate of** TURNER CHAPPELL, **deceased** (WILLIAM THOMPSON, **guardian, appellant**). ....

**Journal Entries** (1828–29): *Journal 4:* (1) Leave given to enter appeal *p. 228; (2) motion to dis-

miss appeal *p. 230; (3) motion for reversal *p. 256; (4) continued *p. 341.

**Papers in File:** [None]

*1824–36 Calendar,* MS p. 174.

JOSEPH CAMPAU *versus* PIERRE CHENE **and** HORATIO BALL.

**Journal Entries** (1828–29): *Journal 4:* (1) Rule to plead, answer, or demur; copy of rule ordered published *p. 229; (2) bill taken as confessed, referred to master *p. 275; (3) decree *p. 279; (4) decree *p. 291; (5) decree signed *p. 312; (6) motion to confirm report of sale *p. 332; (7) report of sale confirmed *p. 333.

**Papers in File:** [None]

*Chancery Case* 107 of 1827.